# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

_Civil_____ Division

| | |
|---|---|
| John J. Lowrey | Case No. _3:23-CV-61_ |
| | *(to be filled in by the Clerk's Office)* |
| | Varlan / McCook |
| *Plaintiff(s)* | Jury Trial: *(check one)* ☑ Yes ☐ No |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| -v- | |
| RangeWater Real Estate LLC | FILED |
| | FEB 15 2023 |
| *Defendant(s)* | Clerk, U. S. District Court |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Eastern District of Tennessee |
| | At Knoxville |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | John J. Lowrey |
| Street Address | 7301 Sweetbriar Dr |
| City and County | Talbott, Hamblen |
| State and Zip Code | Tennessee 37877 |
| Telephone Number | 865-368-9823 |
| E-mail Address | themarkofagoodman@yahoo.com |

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name                                 RangeWater Real Estate LLC

    Job or Title *(if known)*

    Street Address                  5605 Glenridge Dr N.E One Premier Plaza

    City and County               Atlanta Fulton

    State and Zip Code          GA 30342

    Telephone Number         404-835-1475

    E-mail Address *(if known)*    arebal@liverangewater.com

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
This action arises under The Fair Housing Act, 42 U.S.C, This action arises under violations of HUD, This action arises under violations of FIFRA section 14(b), This action arises under FHA 1942.5. This action arises under 42 U.S.C , This action arises due to chemical trespass by the defendant. This action is brought under 18 U.S code 1001.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* John J. Lowrey                    , is a citizen of the State of *(name)* Tennessee              .

b.    If the plaintiff is a corporation
The plaintiff, *(name)*                    , is incorporated under the laws of the State of *(name)*                    , and has its principal place of business in the State of *(name)*                    .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)*                    , is a citizen of the State of *(name)*                    . Or is a citizen of *(foreign nation)*                    .

b. If the defendant is a corporation

The defendant, *(name)* RangeWater Real Estate LLC , is incorporated under

the laws of the State of *(name)* Georgia , and has its

principal place of business in the State of *(name)* Georgia .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
The defendant's behavior is so egregious that it leaves open the ability of residents of all properties in the state of AZ to participate in a class action. The offenses are sufficient to award in excess of  $75,000.

## III. Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.
The plaintiff filed a complaint with HUD, shortly thereafter the defendant's breached my apartment. The defendant then eliminated my ability to access common facilities. Immediately following a visit to the office to complain about a vicious animal access was again restricted.  The defendant spayed pesticides without any certifications, resulting in the death of our dog as well as an ER visit for the plaintiff. The defendant leased our apartment knowing that an infestation existed in the building. Management promoted a pet area would be provided and no such event occurred. Management advertised no vicious breeds but rented apartments without the Emotional support certifications. Defendants seek additional monetary payments even after leaving for cause with notice,

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff and spouse are emotionally traumatized, as well as being subject to illegal spraying of multiple pesticides and the possible exposures to these pesticides. . The plaintiff is a cancer survivor and now needs to be concerned if the spaying will contribute to a resurface of the cancer. The breach of our apartment caused additional emotional harm, this caused the expedited vacancy. The plaintiff lost his Scottie due to poisoning caused by the illegal spraying. The plaintiff is entitled to an award sufficient to dissuade the defendant from retaliation against tenants. The plaintiff is entitled to amounts sufficient to address any future complications

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        2/13/2023

Signature of Plaintiff

Printed Name of Plaintiff   John J. Lowrey

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address